UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RUSSELL SCHMIDT,<br><br>                  Plaintiff,<br><br>  vs.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>                  Defendant. | Case No. CV-16-159-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff in accordance with the judgment issued on today's date. .

    Dated this 21st day of March, 2018.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ A.S. Goodwin
                                        A.S. Goodwin, Deputy Clerk

